**BOUTIN JONES INC.**
Michael E. Chase, SBN 214506
mchase@boutinjones.com
Bashar S. Ahmad, SBN 258619
bahmad@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel.: (916) 321-4444
Fax: (916) 441-7597

Attorneys for Defendant Paramount Equity Mortgage, LLC

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JANICE McDANIEL, | Case No. 2:14-cv-02896-GEB-DAD |
| Plaintiff, | **NOTICE OF SETTLEMENT [L.R. 160]** |
| v. | Judge: Hon. Garland E. Burrell, Jr. |
| PARAMOUNT EQUITY MORTGAGE, LLC, | Action filed: December 12, 2014 |
| Defendant. | Trial date: April 19, 2016 |

Pursuant to Local Rule 160, defendant Paramount Equity Mortgage, LLC hereby gives notice to the Court that the parties have reached a settlement of this action.

Because of the necessity of completing settlement conditions, and the absence of any imminent deadlines or hearings, we respectfully submit that good cause exists pursuant to Local Rule 160(b) to allow the parties to file dispositional documents within twenty-eight (28) days.

Respectfully submitted,

Date: February 20, 2015          BOUTIN JONES INC.

By: /s/ Michael E. Chase
Michael E. Chase
Attorneys for defendant Paramount Equity Mortgage, LLC

-1-

NOTICE OF SETTLEMENT [L.R. 160]

678831.1