UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Janice McDaniel, | No. 2:14-cv-02896-GEB-DAD |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| Paramount Equity Mortgage, LLC, | |
| Defendant. | |

Defendant filed a "Notice of Settlement" on February 20, 2015, in which it states: "the parties have reached a settlement of this action." (Notice of Settlement, 1:18-19, ECF No. 11.) Defendant further states: "Because of the necessity of completing settlement conditions, and the absence of any imminent deadlines or hearings, we respectfully submit that good cause exists pursuant to Local Rule 160(b) to allow the parties to file dispositional documents within twenty-eight (28) days." (Id. at 1:20-22.)

Therefore, a dispositional document shall be filed no later than March 20, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date

1

1 | prescribed by the Court may be grounds for sanctions.").
2 |            IT IS SO ORDERED.
3 | Dated:  March 5, 2015

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```